

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00337-CV

**VINSON CORROSION CONTROL SERVICES, INC.
AND NATHAN D. VINSON,**

                                                    **Appellants**

 **v.**

**WALKER COUNTY, TEXAS,**

                                                    **Appellee**


### From the 12th District Court
### Walker County, Texas
### Trial Court No. 12-25998


## ORDER GRANTING REHEARING
## AND WITHDRAWAL OF OPINION


On January 31, 2018, we dismissed this appeal filed by appellants, Vinson

Corrosion Control Services, Inc. and Nathan D. Vinson, for failing to pay or make

arrangements to pay the clerk's fees for preparation of the record.[1] *See generally Vinson*

---

[1] The record reflects that the Clerk's Record was originally due on November 27, 2017. On December 12, 2017, we informed appellants that they had not paid or made arrangements to pay: (1) the clerk's fees for preparation of the record; and (2) this Court's filing fee. As such, we warned appellants that this appeal would be dismissed for want of prosecution, unless they paid or made arrangements to pay the

*Corrosion Control Servs. v. Walker County*, No. 10-17-00337-CV, 2018 Tex. App. LEXIS 888

(Tex. App.—Waco Jan. 31, 2018, no pet. h.) (mem. op.). On February 7, 2018, appellants

paid for the Clerk's Record and filed a motion to reinstate this appeal. We grant

appellants' motion to reinstate this appeal and withdraw our memorandum opinion and

judgment issued on January 31, 2018.


PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed February 21, 2018



---

appropriate fees and notified this Court of the actions taken within twenty-one days of December 12, 2017. Despite an untimely January 5, 2018 notice stating that they were making arrangements to pay for the Clerk's Record, the Clerk's Record still had not been filed by the date we issued our original opinion in this matter.